UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DWAYNE CAETANO,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | No.  2:23-cv-01329-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 8) |

    Plaintiff Nathaniel Dwayne Caetano is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 10, 2024, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* be denied because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (Doc. No. 8 at 2–3).  Furthermore, the magistrate judge recommended that plaintiff be ordered to pay the $405 filing fee within fourteen (14) days from the date of any order adopting the findings and recommendations.  (*Id.* at 3.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days of service

1

and warned him that failure to comply with the order would result in this action being dismissed. (*Id.* at 4.) To date, no objections to those findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 10, 2024 (Doc. No. 8) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Within fourteen (14) days from the date of service of this order, plaintiff shall pay the $405.00 filing fee in full in order to proceed with this action;
4. Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and
5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2