1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NATHANIEL DWAYNE CAETANO,              No.  2:23-cv-01329-DAD-DB (PC)

12              Plaintiff,

13        v.                                ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND DISMISSING
14   SECURITY EXCHANGE COMMISSION,          THIS ACTION

15              Defendant.                  (Doc. No. 10)

16

17        Plaintiff Nathaniel Dwayne Caetano is a state prisoner appearing *pro se* and *in forma*

18   *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On March 18, 2024, the court denied plaintiff's motion to proceed *in forma pauperis* and

21   ordered plaintiff to pay the required $405.00 filing fee in order to proceed with this action.  (Doc.

22   No. 9.)  Plaintiff was warned in that order that his failure to pay the filing fee in full within thirty

23   (30) days would result in the dismissal of this action without prejudice.  (*Id.* at 2.)  Nonetheless,

24   plaintiff did not timely pay the filing fee and has not otherwise communicated with the court in

25   this action.  The service copy of that March 18, 2024, which was served on plaintiff at his address

26   of record, was returned to the court marked as "Undeliverable, Unable to Forward."  Thus,

27   plaintiff was required to file a notice of his change of address with the court no later than June 3,

28   2024 and failed to do so.

                                                1

1      Accordingly, on June 6, 2024, the magistrate judge issued findings and recommendations

2 recommending that this action be dismissed due to plaintiff's failure to pay the filing fee and

3 failure to comply with court orders.  (Doc. No. 10.)  The pending findings and recommendations

4 were served on plaintiff and contained notice that any objections thereto were to be filed within

5 fourteen (14) days after service.  (*Id.* at 1–2.)  To date, no objections to the findings and

6 recommendations have been filed, and the time in which to do so has now passed.

7      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

8 *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

9 findings and recommendations are supported by the record and by proper analysis.

10      Accordingly:

11      1.    The findings and recommendations issued on June 6, 2024 (Doc. No. 10) are

12          adopted in full;

13      2.    This action is dismissed due to plaintiff's failure to pay the filing fee and failure to

14          comply with court orders; and

15      3.    The Clerk of the Court is directed to close this case.

16      IT IS SO ORDERED.

17 Dated:   **July 27, 2024**                                 

18                                   DALE A. DROZD
                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28